UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 24-cr-00105 (JEB) |
| **MATTHEW CARVER,** | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL

The Office of the Federal Public Defender informs the Court that Assistant Federal Public Defender Sonia Fleury is terminating her appearance as counsel of record in this matter. The other Assistant Federal Public Defender noted on the docket at the time of this filing will remain as counsel.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

SONIA FLEURY
Assistant Federal Public Defender
Capital Habeas Unit
Federal Public Defender, District of Arizona
850 W. Adams St., Suite 201
Phoenix, AZ 85007
(602) 382-2816
sonia_fleury@fd.org